IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.  5:06-HC-2219-BO

UNITED STATES OF AMERICA,                    )
          Petitioner,                    )
                                 )
                                 )
       v.                          )            **Judgment in a Civil Case**
                                 )
DONALD BRONCHEAU,                              )
                 Respondent     )

No. 5:07-HC-2101-BO

UNITED STATES OF AMERICA,                    )
          Petitioner,                    )
                                 )
       v.                          )
                                 )
JEFFREY NEUHAUSER,                             )
                 Respondent     )

No. 5:07-HC-2148-BO

UNITED STATES OF AMERICA,                    )
          Petitioner,                    )
                                 )
       v.                          )
                                 )
JERRY T. ROGERS,                               )
                 Respondent     )

No. 5:07-HC-2166-BO

UNITED STATES OF AMERICA,                    )
          Petitioner,                    )
                                 )
       v.                          )
                                 )
DAVID H. TOBEY,                                )
                   Respondent     )

No. 5:07-HC-2025-BO

| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| SCOTT KEVIN COMBE, | ) |
| Respondent | ) |

No. 5:07-HC-2185-BO

| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MATHIAS THOMAS KOPP, | ) |
| Respondent | ) |

No. 5:07-HC-2206-BO

| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| EDWARD DAVID ERWIN, ) | |
| Respondent | ) |

No. 5:08-HC-2037-BO

| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICK CAPORALE, | ) |
| Respondent | ) |

No. 5:07-HC-2063-BO

UNITED STATES OF AMERICA,          )
               Petitioner,          )
                                 )
        v.          )
                                 )
SCOTT KEVIN MCGREEVY,          )
               Respondent          )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondents' motions to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondents' motions to dismiss are granted and that respondents be released within thirty days to begin their terms of supervised release.

This Judgment Filed and Entered on October 29, 2010, with service on:

Michael D. Bredenberg, R.A. Renfer, Jr. Edward D. Gray and Michael E. Lockridge
 (via CM/ECF Notice of Electronic Filing)

Thomas P. McNamara, Edwin C. Walker, Jane E. Pearce, Joseph L. Ross, II, Suzanne Little and Samuel A. Forehand
 (via CM/ECF Notice of Electronic Filing)

October 29, 2010                              /s/ Dennis P. Iavarone
                                              Clerk

Raleigh, North Carolina